NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WESTROCK VIRGINIA CORPORATION,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2018-1877

---

Appeal from the United States Court of Federal Claims in No. 1:15-cv-00355-LKG, Judge Lydia Kay Griggsby.

---

## ON PETITION FOR PANEL REHEARING

---

Before NEWMAN, LINN, and WALLACH, *Circuit Judges.*

PER CURIAM.

## O R D E R

This court issued a precedential opinion in this case on June 28, 2019. *Westrock Virginia Corp. v. United States*, 928 F.3d 1019 (Fed. Cir. 2019). On August 12, 2019, Westrock filed a combined petition for panel rehearing and rehearing en banc.

Accordingly,

IT IS ORDERED THAT:

1. Petitioner's petition for panel rehearing is granted for the limited purpose of substituting the attached revised opinion for the previously issued opinion.

2. The previous precedential opinion and judgment, dated June 28, 2019, are hereby withdrawn and replaced with the modified precedential opinion and judgment attached to this order.  This substitution does not change the result.


FOR THE COURT

November 4, 2019                    /s/ Peter R. Marksteiner
Date                                Peter R. Marksteiner
                                    Clerk of Court